# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**609**

**CA 12-01476**

PRESENT: SMITH, J.P., FAHEY, CARNI, VALENTINO, AND WHALEN, JJ.

---

JOANNE N. STUBBS, PLAINTIFF-APPELLANT,

V                                              MEMORANDUM AND ORDER

JOHN A. CAPELLINI, III, RALPH J. FREETLY AND
ABF FREIGHT SYSTEM, INC., DEFENDANTS-RESPONDENTS.
(APPEAL NO. 2.)

---

HOGAN WILLIG, PLLC, AMHERST (STEVEN M. COHEN OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

SUGARMAN LAW FIRM, LLP, BUFFALO (CARLTON K. BROWNELL, III, OF
COUNSEL), FOR DEFENDANT-RESPONDENT JOHN A. CAPELLINI, III.

ANSPACH MEEKS ELLENBERGER LLP, BUFFALO (DAVID M. STILLWELL OF
COUNSEL), FOR DEFENDANTS-RESPONDENTS RALPH J. FREETLY AND ABF FREIGHT
SYSTEM, INC.

---

Appeal from an order of the Supreme Court, Niagara County (Ralph
A. Boniello, III, J.), entered February 21, 2012. The order denied
the motion of plaintiff to set aside a jury verdict.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

Same Memorandum as in *Stubbs v Capellini* ([appeal No. 1] ___ AD3d
___ [July 5, 2013]).

Entered: July 5, 2013                          Frances E. Cafarell
                                               Clerk of the Court